KELLY *v.* STATE OF INDIANA.

[No. 0-389.   Filed March 13, 1956.]

*Garfield J. Kelly, pro se.*

PER CURIAM. The petitioner, Garfield J. Kelly appearing *pro se* seeks an alternative writ of mandate to compel the Judge of the Vigo Circuit Court to show cause, if any, why petitioner's verified petition for writ of error *coram nobis* in *forma pauperis* should not be set for hearing. The relief sought relates to a proceeding in an inferior court. No certified copies of the pleadings, orders and entries pertaining to the subject matter accompanied the petition, hence it does not comply with Rule 2-35 of this court.

For this reason petition is dismissed.